**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**EDWARD EARL EUELL**                                                                 **PLAINTIFF**

**v.**                                  **No: 3:19-cv-00096 KGB-PSH**

**CRAIGHEAD COUNTY DETENTION CENTER,** *et al.*                    **DEFENDANTS**

## ORDER

Plaintiff Edward Earl Euell filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on April 10, 2019, while incarcerated at the Craighead County Detention Center (Doc. No. 2). Euell was granted leave to proceed *in forma pauperis* and ordered to file an amended complaint. Doc. No. 3. Euell was instructed to name individual defendants, to describe how *each* defendant violated his constitutional rights, and to describe how he was injured. *Id*. Euell filed an amended complaint but has not described how each defendant was personally involved in the violation of his constitutional rights. Doc. No. 4.

Euell will be allowed another opportunity to amend his complaint to fully describe his claims. Euell is cautioned that an amended complaint renders his original complaint without legal effect; only claims properly set out in the amended complaint will be allowed to proceed. In the event Euell fails to file an amended complaint conforming to this order within thirty days, this case may be dismissed. The Clerk of Court is directed to send Euell a blank § 1983 form.

IT IS SO ORDERED this 17th day of April, 2019.

_____
UNITED STATES MAGISTRATE JUDGE