# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**EDWARD EARL EUELL**  **PLAINTIFF**
**ADC # 134283**

v.        Case No. 3:19-cv-00096-KGB-PSH

**KEITH BOWERS, Jail Administrator,**        **DEFENDANTS**
**Craighead County Detention Center,** *et al.*

## ORDER

       The Court has reviewed the Proposed Findings and Partial Recommendation and Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. Nos. 7, 18). Plaintiff Edward Earl Euell has not filed any objections to either filing, and the time to file objections has passed. Accordingly, after careful consideration, the Court concludes that the Proposed Findings and Partial Recommendation and Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. Nos. 7, 18). The Court dismisses Mr. Euell's complaint and amended complaints without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Judge Harris' order (Dkt. Nos. 2, 4, 6).

       It is so ordered this the 10th day of February, 2020.

                                               Kristine G. Baker
                                               United States District Judge