IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**EDWARD EARL EUELL**  **PLAINTIFF**
**ADC # 134283**

v.   Case No. 3:19-cv-00096-KGB-PSH

**KEITH BOWERS, Jail Administrator,**  **DEFENDANTS**
**Craighead County Detention Center,** *et al.*

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Edward Earl Euell's claims are dismissed without prejudice. The relief requested is denied.

So adjudged this the 10th day of February, 2020.

_____
Kristine G. Baker
United States District Judge